IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 15-173-1 |
| | : | CIVIL ACTION NO. 20-2547 |
| DEMETRIUS DARDEN | : | |

**ORDER**

**AND NOW**, this 30th day of September, 2021, after considering the motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody filed by the *pro se* movant, Demetrius Darden ("Darden") (Doc. No. 76), the government's response in opposition to the motion (Doc. No. 79), Darden's reply brief in support of the motion (Doc. No. 80), and Darden's letter dated March 11, 2021 (Doc. No. 81); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Darden's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Doc. No. 76) is **DENIED**;

2. The court **DECLINES** to hold an evidentiary hearing;

3. There is no cause to issue a certificate of appealability;

4. The clerk of court shall **REMOVE** the companion civil matter, Civil Action No. 20-2547, from civil suspense and **RETURN** it to the undersigned's active docket; and

5. The clerk of court is **DIRECTED** to **CLOSE** Civil Action No. 20-2547.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.